LAURA E. DUFFY
United States Attorney
DOUGLAS KEEHN
Assistant U.S. Attorney
Cal. State Bar No. 233686
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
(619) 546-7573
douglas.keehn@usdoj.gov

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA; and THE STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, WASHINGTON, WISCONSIN, and THE DISTRICT OF COLUMBIA, *ex rel*. MONIQUE GIPSON,<br><br>            Plaintiffs,<br><br>      v.<br><br>PATHWAY GENOMICS CORPORATION,<br><br>            Defendant. | Case No.: 14CV1919-LAB (JLB)<br><br>**JOINT MOTION FOR PARTIAL DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and 31 U.S.C. 3730(b)(1), the United States of America and the relator Monique Gipson, hereby jointly move for dismissal of this action pursuant to the terms and conditions of the Settlement Agreement

between the United States, the relator, and Pathway Genomics Corporation (Pathway), effective December 21, 2015 (Settlement Agreement), such that:

    1.    The relator dismisses her claims in this action with prejudice, with the exception of the relator's or the relator's beneficiary's claims against Pathway for the relator's expenses, attorneys' fees and costs pursuant to 31 U.S.C. § 3730(d);

    2.    The United States dismisses with prejudice its claims against Pathway for the Covered Conduct, as the term is defined in the attached Settlement Agreement, and otherwise dismisses the action against Pathway without prejudice to the United States; and

    3.    The Court shall retain jurisdiction of the relator's or the relator's beneficiary's claims for expenses, attorneys' fees and costs pursuant to 31 U.S.C. § 3730(d).

A proposed order accompanies this notice.

DATED:    December 31, 2015

Respectfully submitted,

LAURA E. DUFFY
United States Attorney

/s/ Douglas Keehn
DOUGLAS KEEHN
Assistant United States Attorney

Attorneys for Plaintiff
United States of America


/s/ Aashish Y. Desai [1]
AASHISH Y. DESAI
Desai Law Firm, LLC
Counsel for Relator,
Monique Gipson

---

[1] The filer certifies that Aashish Y. Desai authorized his electronic signature to be placed on this document indicating the content is acceptable to him.