

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ex rel. MONIQUE GIPSON,<br><br>Plaintiffs,<br><br>v.<br><br>PATHWAY GENOMICS CORPORATION,<br><br>Defendant. | Case No. 14CV1919 LAB-JLB<br><br>**ORDER ON STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION** |

The State of California, on behalf of itself and all named States -- i.e., California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Iowa, Louisiana, Maryland, Massachusetts, Michigan, Minnesota, Montana, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Virginia, Washington and Wisconsin, as well as the District of Columbia (collectively, the "Plaintiff States") -- has notified the Court of the Plaintiff States' decision not to intervene in the above-captioned action.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties shall serve all orders of this Court and all pleadings and motions, including supporting memoranda, upon the Plaintiff States; and

2. The Plaintiff States are entitled to order any deposition transcripts, to intervene in this action for good cause at a later date, and to affirmatively seek dismissal of Relator's action or claim(s).

The State of California has further advised the Court that the Plaintiff States consent to dismissal of this action without prejudice in the event such dismissal is sought (CAL. GOV'T CODE § 126552(c)(1)). However, pursuant to Md. Code Ann., Health Gen, § 2-604(a)(7), IT IS HEREBY ORDERED that all claims asserted on behalf of the State of Maryland are dismissed without prejudice.

IT IS SO ORDERED.

Dated: 1-7-16

*Larry A. Burns*
UNITED STATES DISTRICT JUDGE